UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

    - v. -

MARTIN MCKERNAN,

    Defendant.

- - - - - - - - - - - - - - - - - x

NOTICE OF INTENT TO
FILE AN INFORMATION

07 Mag. 255

07 CRIM 674

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          June 19, 2007

MICHAEL J. GARCIA
United States Attorney

By: _____
Harry A. Chernoff
Assistant United States Attorney

AGREED AND CONSENTED TO:

By: _____
Thomas Fitzpatrick, Esq.
Attorney for MARTIN MCKKERNAN

[Stamp: Judge Pauley]

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 6/21/07]

6/21/07 WHEEL A