**THOMAS FITZPATRICK**
ATTORNEY AT LAW
500 FIFTH AVENUE
33RD FLOOR
NEW YORK, NEW YORK 10110-3398

(212) 930-1290
FAX: (212) 730-9690

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-2-07
```

July 24, 2007

*By Fax*

Hon. William H. Pauley, III
United States Courthouse
Room 2210
500 Pearl Street
New York, NY 10007

        Re:    *United States v. Martin McKernan*
                *07 Cr. 674 (WHP)*

Dear Judge Pauley:

        I represent defendant Martin McKernan in connection with the above-referenced criminal case. Today, Mr. McKernan pleaded guilty in this case to a two-count Information before Magistrate Judge Michael Dolingher. On February 22, 2007 the defendant was arrested on a complaint and presented before Magistrate Judge Dohlinger. At a bail hearing on February 23, 2007, Mr. McKernan's bail package restricted his travel to the Southern and Eastern Districts of New York and the States of Connecticut and New Jersey.

        Mr. McKernan would like to take a vacation with his wife and three young children in Massachusetts. Mr. McKernan would like to begin the trip on Wednesday, July 25th and return on Sunday, July 29th.

        I respectfully request that your Honor extend Mr. McKernan's bail limits to Massachusetts. Assistant United States Attorney Harry Chernoff advised me that he does not oppose this request.

        Finally, we do not yet have a sentencing date for Mr. McKernan. Since he is anxious to get this part of his life behind him as soon as possible, we respectfully request that his sentencing date be set as early as possible considering the time required for the Probation Department to prepare a Pre-Sentence Report.

                                                  Respectfully yours,

                                                  Thomas Fitzpatrick

Copy to A.U.S.A. Harry Chernoff, Esq. *(By Fax)*

Defendant McKernan's request to extend
his bail limits to Massachusetts is granted.

SO ORDERED:

_____
Hon. William H. Pauley, III
U. S. D. J.

7-24-07